**No. 62198.**—Regal Novelty Co., Incorporated *v.* United States, protest 315499–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise described as "Art. No. 102—Firepolished Bandings, 12 Rows" is dutiable at 30 percent under paragraph 218 (f), as modified, *supra*, the claim of the plaintiff was sustained.

**No. 62199.**—R. H. Macy & Co., Inc., et al. *v.* United States, protests 315880–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim of the plaintiffs was sustained.

**No. 62200.**—Charles Garcia & Co., Inc. *v.* United States, protests 307222–K (B), etc. (New York).

Opinion by MOLLISON, J.   The protests were dismissed.

BEFORE THE SECOND DIVISION, JULY 22, 1958

**No. 62201.**—Salzman & Klinger, Inc., and Stern & Stern Textiles, Inc. *v.* United States, protests 34043–K and 141188–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C. D. 1889), the claim of the plaintiffs was sustained.